**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| COMSYS INFORMATION<br>TECHNOLOGY SERVICES, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>DIGITAL INTELLIGENCE SYSTEMS<br>CORP., a corporation d/b/a "DISYS";<br>AARON RONTAL, an individual; and<br>DAVID TERAN, an individual,<br><br>    Defendants. | Case No. 07CV4926<br>Judge Aspen<br><br>**JOINT MOTION FOR ENTRY OF FINAL**<br>**JUDGMENT** |

Plaintiff COMSYS Information Technology Services, Inc. and Defendants Digital Intelligence Systems Corp., Aaron Rontal and David Teran jointly move for entry of the attached Final Judgment to resolve the above-captioned matter.

Date: June 23, 2008

s/*Terence P. Smith*

Terence P. Smith
DRINKER BIDDLE & REATH LLP
191 North Wacker Drive, Suite 3700
Chicago, IL 60606-1698
312-569-1186